IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

      Plaintiff,                        No. CIV S-08-1747 EFB P

     vs.

L. FLOHR, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

      Plaintiff failed to complete his affidavit, and while he provided a certified trust account statement, it does not cover the 6-month period immediately preceding the filing of the complaint.

1

Accordingly, plaintiff has 30 days from the date this order is served to submit a completed application to proceed in forma pauperis with a completed certificate and trust account statement. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner. Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

DATED: October 23, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE