IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

        Plaintiff,                    No. CIV S-08-1747 EFB P

    vs.

L. FLOHR, et al.,

        Defendants.            ORDER

                              /

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an application to proceed in forma pauperis. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's November 3, 2008, request is granted and plaintiff has 30 days from the date this order is served to file a completed application to proceed in forma pauperis with a completed certificate and trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

        So ordered.

DATED: November 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE