IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

        Plaintiff,         No. CIV S-08-1747 EFB P

   vs.

L. FLOHR, et al.,

        Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff's declaration makes the showing required by 28 U.S.C. § 1915(a)(1) and (2).

      Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee. *See* 28 U.S.C. § 1914(a). Plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff shall forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid. 28 U.S.C. § 1915(b)(2).

////

////

1

1    The court finds that, for the limited purposes of § 1915A screening, the complaint states

2    cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C.

3    § 1915A(b).

4    Accordingly, it hereby is ordered that:

5    1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

6    2. Plaintiff must pay the statutory filing fee of $350 for this action. All payments shall

7    be collected in accordance with the order to the Director of the California Department of

8    Corrections and Rehabilitation filed concurrently herewith.

9    3. Service is appropriate for defendants Flohr, Harris, and Stoker.

10   4. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons,

11   an instruction sheet and one copy of the July 29, 2008 pleading.

12   5. Within 30 days from service of this order, plaintiff shall complete the attached Notice

13   of Submission of Documents and submit it to the court with the completed summons and USM-

14   285 forms and four (4) copies of the endorsed July 29, 2008 pleading.

15   6. Upon receipt of the necessary materials, the court will direct the United States

16   Marshal to serve defendants Flohr, Harris, and Stoker pursuant to Federal Rule of Civil

17   Procedure 4 without payment of costs. Failure to comply with this order may result in this action

18   being dismissed.

19   Dated: March 19, 2009.

20   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

      Plaintiff,                        No. CIV S-08-1747 EFB P

      vs.

L. FLOHR, et al.,

      Defendants.             <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

           __1__        completed summons form

           __3__        completed forms USM-285

           __4__        copies of the July 29, 2008 Complaint

Dated:

                                                             Plaintiff