IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

      Plaintiff,                      No. CIV S-08-1747 WBS EFB P

   vs.

L. FLOHR, et al.,

      Defendants.           <u>ORDER</u>

                             /

      Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action. The United States Marshal has returned process directed to defendant Swanson unserved with notations that there is "no person by that name employed," and "per CDC locator - none in database." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq*., or any other means available. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

      Accordingly, it is ORDERED that:

      1. The Clerk of the Court shall mail plaintiff one form USM-285 and a copy of the pleading filed October 16, 2009.

1


1      2. Within 60 days from the date this order is served, plaintiff may submit the attached

2 Notice of Submission of Documents with a completed form USM-285 providing instructions for

3 service of process upon defendant Swanson and two copies of the pleading provided to plaintiff.

4      3. Failure to provide new instructions for service of process upon defendant Swanson

5 within the time allowed or show good cause for such failure will result in a recommendation that

6 this action be dismissed.

7 DATED: August 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

        Plaintiff,                  No. CIV S-08-1747 WBS EFB P

    vs.

L. FLOHR, et al.,

                                      NOTICE OF SUBMISSION
        Defendants.             OF DOCUMENTS

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        One        completed USM-285 forms

        Two        copies of the October 16, 2009
                                      Amended Complaint

DATED:

                                                Plaintiff