IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON L. JEFFERSON,

      Plaintiff,                     No. CIV S-08-1747 WBS EFB P

      vs.

L. FLOHR, et al.,

      Defendants.               ORDER

_____/

      On April 25, 2011, the court ordered defendant Swanson to pay to the United States Marshal the sum of $122.08 as reimbursement for expenses it incurred in personally serving Swanson, or to show good cause for failing waive service. Dckt. No. 55. On May 9, 2011, Swanson filed a declaration in response to the order to show cause. Dckt. No. 56. Swanson's declaration demonstrates that he was not provided with an opportunity to waive personal service and did not attempt to delay or avoid plaintiff's efforts to serve him with process or otherwise litigate this case.

      Good cause appearing, the court's April 25, 2011, order to show cause is discharged. Further, the Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

Dated: May 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE